USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

**DAVID HOROWITZ, P.C.**
COUNSELOR AT LAW
275 FIFTH AVENUE, SUITE 405
NEW YORK, NEW YORK 10001
Tel: (212) 684-3630
Fax: (212) 685-8617



RECEIVED
FEB 05 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

February 5, 2008

VI FACSIMILE [(212) 805-7901]
Hon. Harold Baer, Jr.
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:   Kienzle v. A.A. Truck Renting Corp., et. Al.
                 Docket No.: 07CV10619

Dear Judge Baer:

     This office represents the plaintiff in the above referenced matter. Pursuant to your chamber's instructions, please allow this letter to serve as plaintiff's request to adjourn the Pre-Trial Conference scheduled for February 7, 2008. The need to adjourn the scheduled conference arises from the fact that the necessary parties to the action have not yet appeared. The only defendant to appear in the action is Deddy Halim who has alleged the affirmative defense of lack of personal jurisdiction as he did not waive service. In fact, no party has agreed to waive service. In addition, plaintiff recently amended his pleading by adding a defendant as reflected in the amended complaint filed with the Court on January 29, 2008. The requisite Summonses and Complaints are with the process server for service. Thus, it's suggested that the Pre-Trial Conference would be more productive once all parties have been served and either defaulted or appeared. Plaintiff therefore requests that the Pre-Trial Conference be adjourned for forty-five days.

     I have spoken with Peter M. Khrinenko, Esq. of Brand, Glick & Brand, Esqs., attorneys for Deddy Halim. He consented to the adjournment of the scheduled conference.

     Should you require any further information, please do not hesitate to contact the undersigned. Thank you for your attention in this matter.

                                         Respectfully submitted,
                                         DAVID HOROWITZ, P.C.

                                         Steven J. Horowitz (SH 1352)

CC:
VI FACSIMILE [(516) 294-9744]
BRAND, GLICK & BRAND, ESQS.
600 Old Country Road, Suite 440
Garden City, New York 11530

adjourned to March 20, 08 at 4pm
SO ORDERED:
Harold Baer, Jr., U.S.D.J.
2/5/08