LORENZ KIENZLE

                                    Plaintiff(s)

             - against -

A.A. TRUCK RENTING CORP., ETAL

                                   Defendant(s)

Index # 07-CV-10619

Purchased January 29, 2008

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

LINDEN BLACKMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 7, 2008 at 12:23 PM at

28-90 REVIEW AVENUE
LONG ISLAND CITY, NY11101

deponent served the within SUMMONS AND AMENDED COMPLAINT on A.A. TRUCK RENTING CORP. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to TERRI SCHNIDER personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND AMENDED COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 58 | 5'6 | 150 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: February 8, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**LINDEN BLACKMAN**
License #: 871311
Invoice #: 456227

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: DAVID HOROWITZ, ESQ**

---

LORENZ KIENZLE

                                                                 Plaintiff(s)

                - against -

A.A. TRUCK RENTING CORP., ETAL

                                                                 Defendant(s)

Index # 07-CV-10619

Purchased January 29, 2008

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

WILLIAM MORRISON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 8, 2008 at 02:00 PM at

800 FOOD CENTER DRIVE
UNIT 37
BRONX, NY 10474

deponent served the within SUMMONS AND AMENDED COMPLAINT on M. SLAVIN & SONS, LTD therein named,

**SUITABLE AGE**     by delivering thereat a true copy of each to MR. SMITH a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 40 | 6'0 | 190 |

**MAILING**     Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

800 FOOD CENTER DRIVE
UNIT 37
BRONX, NY 10474

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on February 8, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: February 8, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | **WILLIAM MORRISON** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 870436 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 456228 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728