OUR FILE NO: 108/001/JLC
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LORENZ KIENZLE,

          Plaintiff,

-against-

A.A. TRUCK RENTING CORP., M. SLAVIN &
SONS, LTD., EZRA LEVI and DEDDY HALIM,

          Defendants.
-----------------------------------------------------------------------X

**DOCKET NO.
07 CIV 10619**

**AUTOMATIC
DISCLOSURE
PURSUANT TO
FRCP §26**

**C O U N S E L O R S:**

  Defendants, ***A.A. TRUCK RENTING CORP., M. SLAVIN & SONS, LTD., and EZRA LEVI,***, by their attorneys, THE LAW OFFICE OF CHARLES J. SIEGEL, hereby provide disclosure pursuant to Federal Rules of Civil Procedure §26:

1.  Names, addresses and telephone numbers of individuals likely to have discoverable information relevant to disputed facts:

  (a) Ezra Levi
    66-23 242nd Street
    Douglaston, New York 11362
    Attorney: Law Offices of Charles J. Siegel (212) 440-2335.

  (b) Deddy Halim
    7702 Roosevelt Avenue
    Jackson Heights, New York 11372

  (c) Lorenz Kienzle
    Schildhorn Street - #11
    12163 Berlin
    Attorney: David Horowitz & Partners, P.C.
    (212) 684-3630

    (d)    Jean Panetta
            11 West 53rd Street
            New York, New York 10020
            (212)333-1195

    (e)    Police Officer: E. Sullivan c/o New York City Police Department
            18th Precinct, New York, New York

2. Copies of documents relevant to disputed facts are known to be as follows:

    i. Police Report (previously provided by plaintiff's counsel);

    ii. Records of Bellevue Hospital
       462 First Avenue
       New York, New York

3. Photographs in possession of the defendants.













4. Defendants herein have yet to retain any experts, however, defendants reserve their rights to retain experts and will make the appropriate disclosure pursuant to the Federal Rules of Civil Procedure.

6

**PLEASE TAKE FURTHER NOTICE**, that defendants reserve their right to supplement the above disclosure.

Dated: New York, New York
      March 31, 2008

                                Yours, etc.

                                Law Offices of
                                CHARLES J. SIEGEL
                                Attorney for Defendants
                                A.A. Truck Renting Corp., M. Slavin
                                 and EZRA LEVI
                                Office & P.O. Address
                                40 Wall Street - 7th Floor
                                New York, New York 10005
                                (212) 440-2350

                                *Jack L. Cohen*
                        By:_____
                                JACK L. COHEN(JLC/C9449)

TO:   DAVID HOROWITZ, P.C.
       By: Steven Horowitz, Esq.
       Attorneys for Plaintiffs
       Office & P.O. Address
       276 Fifth Avenue
       New York, New York 10001
       (212) 684-3636

       BRAND, GLICK & BRAND, P.C.
       By: Peter M. Khrinenko
       Attorneys for Defendant
       Deddy Halim
       600 Old Country Road – Suite 440
       Garden City, New York 11530
       (516) 746-3500

**PLEASE TAKE FURTHER NOTICE**, that defendants reserve their right to supplement the above disclosure.

Dated: New York, New York
       March 31, 2008

                                     Yours, etc.

                                     Law Offices of
                                     CHARLES J. SIEGEL
                                   Attorney for Defendants
                                   A.A. Truck Renting Corp. , M. Slavin
                                      and EZRA LEVI
                                   Office & P.O. Address
                                   40 Wall Street - 7th Floor
                                   New York, New York 10005
                                   (212) 440-2350

                            By: _____
                                        JACK L. COHEN(JLC/C9449)

TO:   DAVID HOROWITZ, P.C.
       By: Steven Horowitz, Esq.
       Attorneys for Plaintiffs
       Office & P.O. Address
       276 Fifth Avenue
       New York, New York  10001
       (212) 684-3636

       BRAND, GLICK & BRAND, P.C.
       By: Peter M. Khrinenko
       Attorneys for Defendant
       Deddy Halim
       600 Old Country Road – Suite 440
       Garden City, New York  11530
       (516) 746-3500

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     }
                     } ss.:
COUNTY OF NEW YORK    }

PAM SHIWRAM, being duly sworn, deposes and says:

That deponent is not a party to this action, is over 18 years of age and resides in Queens, New York, that she is a clerk in the Law Office of CHARLES J. SIEGEL, the attorneys for the Defendants, A.A. Truck Renting Corp., M. Slavin & Sons, Ltd., and Ezra Levi herein, that on the 1st day of April, 2008, she served the within:

**AUTOMATIC DISCLOSURE PURSUANT TO FRPC §26**

upon:

DAVID HOROWITZ, P.C.
By: Steven Horowitz, Esq.
Attorneys for Plaintiffs
Office & P.O. Address
276 Fifth Avenue
New York, New York 10001
(212) 684-3636

BRAND, GLICK & BRAND, P.C.
By: Peter M. Khrinenko
Attorneys for Defendant
Deddy Halim
600 Old Country Road – Suite 440
Garden City, New York 11530
(516) 746-3500

the undersigned attorneys by mailing a true copy in a postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York City, New York directed to them at the addresses shown, heretofore designated by them for that purpose.

_____
PAM SHIWRAM

Sworn to before me this
1st day of April, 2008

_____
NOTARY PUBLIC

SHEILA I SAMPLE
Notary Public, State of New York
No. 01SA6000019
Qualified in Kings County
Commission Expires Dec. 8, 2009

8